# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVIN GALIK, | ) CV F 03 5205 REC WMW HC |
| Petitioner, | ) ORDER GRANTING MOTION TO DISMISS |
| | ) UNEXHAUSTED CLAIMS AND VACATING |
| v. | ) FINDINGS AND RECOMMENDATIONS |
| CHERYL PLILER, et al., | ) [Doc. 13, 12] |
| Respondent. | ) |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 2254.

On July 18, 2005, Petitioner filed a motion to withdraw his unexhausted claims, specifically, claims 2 and 3, and to proceed only with claims 1 and 4. Respondent has not opposed or otherwise responded to Petitioner's motion. Good cause appearing, Petitioner's motion will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1) Petitioner's motion to withdraw claims 2 and 3 is GRANTED and this case shall proceed on claims 1 and 4 only;

2)     The findings and recommendations entered by the court on January 27, 2005, are HEREBY VACATED;

3)     Respondent having addressed the merits of Petitioner's claims in the answer, the court will next enter appropriate orders addressing the merits of the petition.

IT IS SO ORDERED.

**Dated:   September 6, 2005**            **/s/  William M. Wunderlich**
bl0dc4                                                    UNITED STATES MAGISTRATE JUDGE