UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVIN GALIK, | ) | CV F 03 5205 OWW WMW HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING REGARDING |
| | ) | FINDINGS AND RECOMMENDATIONS |
| v. | ) | AND DENYING PETITION |
| | ) | |
| CHERYL PLILER, et al., | ) | [Doc. 15 and 17] |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 22, 2006, the Magistrate Judge issued Findings and Recommendations that the Petition for Writ of Habeas Corpus be denied. These Findings and Recommendations were served on all parties and contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date of service of the order. Petitioner filed objections on April 20, 2006.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

1

1 | *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings
2 | and Recommendations are supported by the record and proper analysis.  Accordingly, IT IS
3 | HEREBY ORDERED that:
4 |     1. The Findings and Recommendations issued March 22, 2006, are ADOPTED IN FULL;
5 |     2.  The Petition for Writ of Habeas Corpus is DENIED;
6 |     4.  The Clerk of the Court is DIRECTED to enter judgment for Respondent and to close this
7 |     case.
8 | IT IS SO ORDERED.
9 | **Dated:   July 29, 2006**              **/s/ Oliver W. Wanger**
   | emm0d6                                        UNITED STATES DISTRICT JUDGE